REBECCA J. LEVINE
(MN Atty Reg. No. 0388063)
Rebecca Levine Law PLLC
5200 Willson Rd., Suite 150
Edina, MN 55424
Office: 952/836-2711
Cell: 952/200-2443
EMAIL: rlevine@rebeccalevinelaw.com

*PRO HAC VICE*

**Attorney for Defendants**
Employer Solutions Staffing Group, LLC,
Employer Solutions Staffing Group II, LLC,
Employer Solutions Staffing Group III, LLC, and
Employer Solutions Staffing Group IV, LLC

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| R. Alexander Acosta, Secretary of Labor, <br><br> Plaintiff, <br><br> v. <br><br> TBG Logistics, LLC, *et al.*, <br><br> Defendants. | No. 2:16-cv-02916-ROS <br><br><br> **NOTICE OF APPEAL** |

Notice is hereby given that Employer Solutions Staffing Group, LLC, Employer Solutions Staffing Group II, LLC, Employer Solutions Staffing Group III, LLC, and Employer Solutions Staffing Group IV, LLC, defendants in the above-named action, hereby appeal to the United States Court of Appeals for the Ninth Circuit from:

1. The Order filed on December 16, 2018, Doc. No. 61, denying defendants'

cross-claims for indemnity and contribution;

2. The Order filed on March 28, 2017, Doc. No. 83, denying defendants' request for leave to file third-party claims for indemnity and contribution and for reconsideration; and

3. The final judgment entered in this action on the July 10, 2018, Doc. No. 108.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  August 7, 2018 | s/ Rebecca J.  Levine |
|  | Rebecca J.  Levine |
|  | ***PRO HAC VICE*** |

**CERTIFICATE OF SERVICE FORM**
**FOR ELECTRONIC FILINGS**

I hereby certify that on August 7, 2018, I electronically filed the foregoing document with the United States District Court for the District of Arizona by using the CM/ECF system. I certify that the following counsel of record is registered as an ECF Filer and such counsel will be served by the CM/ECF system:

Boris Orlov
Office of the Solicitor
United States Department of Labor
350 S. Figueroa St., Suite 370
Los Angeles, CA 90071-1202

<u>s/ Rebecca J. Levine</u>
Rebecca J. Levine